**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Isaias Pineda v. The State of Texas

Appellate case number:  01-22-00219-CR

Trial court case number:  1556925

Trial court:  209th District Court of Harris County

On July 19, 2022, George J. Parnham filed a request to substitute for Nicole Wignall DeBorde, appellant's current counsel. The motion fails to comply with Rule 6.5(d). *See* TEX. R. APP. P. 6.5(d).

Rule 6.5 (d) requires counsel substituting for other counsel to include his name, mailing address, telephone number, fax number, if any, and State Bar of Texas identification number. *See id.* The rule also requires substituting counsel to deliver the motion to the party, either in person or by certified and first-class mail to the party's last known address. *See* TEX. R. APP. P. 6.5(b), (d). The motion filed on July 19, 2022 includes all identifying information concerning the substituting attorney but does not indicate that the motion was delivered to appellant.

Accordingly, the motion is stricken without prejudice to the refiling of another motion to substitute in compliance with Rule 6.5.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
    ☑ Acting individually   ☐ Acting for the Court

Date: ___August 2, 2022___